## SANDERS v. STATE.
### No. 22483.

Court of Criminal Appeals of Texas.
April 14, 1943.

Jno. B. McNamara, of Waco, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon his plea of guilty, appellant was convicted of the offense of burglary, and his punishment assessed by the jury at two years confinement in the State penitentiary.

The record is before this court without statement of facts or bills of exceptions. The indictment appears regular.

No error appearing, the judgment of the trial court is affirmed.

Jno. B. McNamara, of Waco, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was charged with the theft of property of value more than fifty dollars. He entered a plea of guilty before a jury which found him guilty as "charged in the indictment," and assessed his punishment at two years in the penitentiary.

Evidently by inadvertence he was adjudged to be guilty of "burglary," and the sentence is likewise erroneous in that respect. Appellant was not charged with burglary at all.

The judgment will be reformed to show that appellant was adjudged to be guilty of the theft of property of more than the value of fifty dollars, and the sentence will be reformed to follow the corrected judgment. As thus reformed, the judgment is affirmed.